UNITED STATES DISTRICT COURT
DISTRCIT OF NEW JERSEY

| | | |
|---|---|---|
| UNITED STATE OF AMERICA, | : | |
| Plaintiff, | : | |
| v. | : | Criminal No.: 11-649 |
| SIDNEY JACK WILLIAMS, | : | |
| Defendant, | : | |

ORDER ON AGREED MOTION TO CORRECT SCRIVENERS ERROR

This matter having come before the court on Sydney Jack Williams' motion to correct scriveners' error, and the court having been advised in the premises, and it appearing that the United States concurs with the relief sought, and for good and sufficient cause shown, it is hereby ORDERED that the motion be GRANTED.

The portion of the Order Setting Conditions of Release that now reads "Abstain from the use of alcohol" shall be replaced with the following language: "Abstain from excessive use of alcohol."

DONE AND ORDERED in chambers in Newark, New Jersey this 10th day of November, 2011.

_____
SUSAN D. WIGENTON
UNITED STATES DISTRICT JUDGE